ISADORE SCHEINBERG et al., Respondents, *v.* SCHEINBERG
ESTATES, INC., et al., Appellants.

(Argued June 2, 1933; decided July 11, 1933.)

*Jay Leo Rothschild* and *Louis Rivkin* for appellants.
*Jacob S. Chalat* and *Abraham H. Simon* for respondents.
no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.